# IN THE U.S. DISTRICT COURT

## NORTHERN DISTRICT OF INDIANA

-FILED-

JAN 3 0 2024

At _____ M
Chanda J. Berta, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

MITCH TAEBEL

V.

KRISTEN FIELD

Case No. 2:24 cv 38

## COMPLAINT

Plaintiff is a TV Host, Speaker, Actor, Published Author, IGFA World Record Holder, Award Winning Political Film Director (Los Angeles Film Awards Feb. 2017), Award Winning Film Director and Presidential Candidate. Plaintiff is Semester At Sea Alumni Which is More Prestigious than Harvard as it costs more and is associated with the United Nations Plaintiff is also La Lumiere High School Alumni which is the most prestigious high school in La Porte County perhaps the Country as it was attended by Chief Judge Roberts of The Supreme Court of The United States and a number of other Celebrities and Public Figures. Respondent is guilty of attempted kidnapping, false police report, conspiracy, fraud and accessory to malicious prosecution. Respondent made a number of false statements to an officer of the Long Beach police department on June 9th 2023 alleging stalking and harassment after Mr Mitch Taebel was unlawfully arrested and kidnapped June 5th 2023 for allegedly stalking Taylor Swift those charges from the initial unlawful arrest/kidnapping without probable cause have been dropped. Respondent after hearing that Taylor Swift had alleged stalking againt Mr Taebel claimed that plaintiff had stalked Respondent for 15 years despite never making a complaint. Respondent stated in the police reports that she and plaintiff were friends for many years and that she had sex with plaintiff in San Diego before plaintiff traveled on Semester At Sea through University of Virginia in 2007 which is true. Respondent made a number of Ludicrous false claims like Plaintiff had a "suitcase full of condoms and various sex toys" before traveling on Semester At Sea obviously there would have been witnesses on Semester At Sea had that been the case which there was Not. Respondent also claimed that at a family party in Illinois approximately a year later that Plaintiff had been invited to that Plaintiff made a number of advances towards her that she apparently thought necessary to include in her statement to the

officer of the Long Beach police department as evidence of stalking or harassment which was clearly misleading and false as she gave Plaintiff a handjob at that party. Plaintiff who was trying to initiate a Presidential Campaign had been sending messages to all contacts and sometimes have assistants send messages for him usually just sharing media respondent may have received some of those messages however Plaintiff had not intentionally or personally messaged or called respondent in months Plaintiff estimates over six months before his unlawful arrest/kidnapping. Obviously if she did receive any texts they were in no way intended to harass or threaten respondent which are necessary elements of the crimes charged and Plaintiffs actions entirely lack mens rea or any malicious criminal intent that would warrant criminal charges. Respondent who has pictures with Hillary Clinton on Facebook maliciously fraudulently claimed to fear for her safety for attention or perhaps to make a liberal assault upon a Presidential Candidate who while stating he would expect to be able to find agreeable terms with either party for nomination has expressed some inclination to the Republican Party. Respondent stated that she didn't block Plaintiff because she "wanted forewarning in case he showed up to her residence". It is absolutely ludicrous to allege that Plaintiff would in any way be a threat to her safety or that she would have any reason to think that. Plaintiff has been charged with an F5 stalking which if convicted could carry a sentence from 1-6 yrs in Prison. This charge as well as the misdemeanor of harassment plaintiff has been charged with clearly lack probable cause. Plaintiff asked Fox40 News Sacremento if they had ever heard of sending emails to all contacts being illegal and they said no. When Plaintiff was kidnapped in 2018 while attending Arizona State University for Film And Media Production before those charges were dismissed Katie Wick who has Pictures with Republican Presidential Candidate Rick Santorum on Facebook came to Plaintiffs Defense on Social Media. In that case Plaintiff had filed a $ Billion Lawsuit in the U.S. District Court the same day he was kidnapped for a Previous unlawful arrest/kidnapping in California in 2013 in which charges had also been dismissed. According to Indiana Code § 35-45-10-1 (2022) "As used in this chapter, "stalk" means a knowing or an intentional course of conduct involving repeated or continuing harassment of another person that would cause a reasonable person to feel terrorized, frightened, intimidated, or threatened and that actually causes the victim to feel terrorized, frightened, intimidated, or threatened. The term does not include statutorily or constitutionally

protected activity." There clearly was never probable cause as the allegations made by respondent in the police reports even if true in no way contain the required elements of the crimes charged. In many states when someone is charged for malicious prosecution that charge must be equal or greater than the unjustified charge brought against the victim of the malicious prosecution. Respondent states in the police reports that the last time she saw Plaintiff while walking her dog with her step father Plaintiff said hello and she said hello back she also describes a time before that likely the second to last time respondent saw Plaintiff stating that Plaintiff stopped his car and got out and they hugged. Respondent never told Plaintiff she never wanted to speak to him again respondent or her parents and Plaintiff live in the same neighborhood and have used the same Private Beach for Many Years Respondent often walks down the street Plaintiff Lives on. Respondent states "as she was entering into high school, she believed that's where obsession with her had begun." What a mind blowing stupid allegation to make considering Plaintiff has only spoke to her a few times in the last ten years. That is clearly another ludicrous claim by Respondent as she is and has always been over weight and has been known to date overweight unattractive men. Plaintiff was a two time state flag football champion in high school and a fitness model in Los Angeles after college Plaintiff dated two Prom queens in High School and a very attractive playboy model who plaintiff continued to see after college in Los Angeles named Sarah Summers a Google Search "Sarah Summers Playboy" Will Show a Woman as attractive as any woman in the entertainment industry some might say more however Plaintiff still didn't want to marry her Plaintiff never wanted to marry any of the women he dated and they all were much more attractive than Respondent. Plaintiff Has worked in the Entertainment Industry Since he graduated College and started working on Film and Television sets in College Plaintiff has an IMDB with credits for a number of Movies and TV shows Plaintiff was in Plaintiff was cast in an ESPN Super Bowl XLV Commercial Wikipedia Says was seen by over 162 Million people in the U.S. alone after only a few weeks of working in Entertainment after Moving to Los Angeles. Plaintiff has a Commercial Reel on His Youtube Channel Showing a number of other commercials Plaintiff was cast for. Plaintiff was a Prom King Nominee like Will Ferrel and Plaintiffs Mother was Prom Queen in a Large school with thousands of people. Plaintiff has a girlfriends Album on his Facebook that shows a number of women Plaintiff has dated. Plaintiff is related to Royalty on both sides of his family

and his father worked at Morgan Stanley for over twenty years and made Millions. Plaintiff grew up in one of the largest homes in the Prestigious beach community of long beach with tennis court, swimming pool, jaccuzi, sona, three car garage and two drive ways Respondent's family had a very small summer home that had none of these amenities respondent used to come over to plaintiffs house often and use the swimming pool and jacuzzi it is absolutely diabolical that this brainless mindless souless woman would make such an unjustified assault against plaintiff. Had there been an issue the Long Beach Police chief who Plaintiff has met with in his office after he was appointed could have spoke with Plaintiff about it which would have resolved the issue had there been one if that didn't work in a situation alleged getting a restraining order would have been the next step to charge someone criminally especially with an F5 stalking is absolutely insane and attempted kidnapping. Plaintiff 's TV And Radio Shows, Social Media and Published Book Looking Out For America all should protect him from obscene allegations such as this Plaintiff now has on Youtube three half hour TV Talk Shows he did, three hour long Radio Talk Shows And a lot more media showing plaintiff is a Very Gifted Speaker All of Which Prove Plaintiff is clearly a very intelligent civilized peaceful rational man much smarter than any unjustified parasites making false allegations againsts people. Plaintiff is a very justified man who works 24/7 to make an honest living and get married. For Attempted kidnapping and the other aforementioned crimed committed against Plaintiff by Respondent Plaintif Demands $100 Million.

Dated Jan. 26th 2024

Mitch Taebel

2020 GoldenGate Dr.

Long Beach, IN 46360